IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01490-BNB

OLIVER RAY SLEDGE,
Applicant,

v.

J. M. WILNER, Warden, FCI – Florence,
Respondent.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 8 2008

GREGORY C. LANGHAM
                    CLERK

## ORDER DISMISSING CASE

Applicant Oliver Ray Sledge is a prisoner in the custody of the United States Bureau of Prisons at the Federal Correctional Institution at Florence, Colorado. Mr. Sledge initiated this action by filing **pro se** an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 complaining that he is not receiving adequate medical treatment for his hepatitis C. On August 6, 2008, Magistrate Judge Boyd N. Boland entered an order directing Mr. Sledge to file a Prisoner Complaint because he is challenging the conditions of his confinement rather than the execution of his sentence. On September 9, 2008, Mr. Sledge filed a letter to the Court asking the Court to dismiss the instant action without prejudice so that he can refile after consulting an attorney.

The Court must construe the letter liberally because Mr. Sledge is not represented by an attorney. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the Court will construe the letter as a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Mr. Sledge "may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." No response has been filed by Respondent in this action. A voluntary dismissal pursuant to Rule 41(a)(1)(A) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the letter to the Court filed on September 9, 2008, is construed as a notice of voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A). It is

FURTHER ORDERED that the voluntary dismissal is effective as of September 9, 2008, the date the notice was filed in this action.

DATED at Denver, Colorado, this 17 day of Sept., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-01490-BNB

Oliver Ray Sledge
Reg. No. 24715-086
PO Box 6000
FCI - Florence
Florence, CO 81226-6000

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/18/08

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk